20358. THURMOND *v.* THE STATE.

BLOODWORTH, J. 1. Under the explanatory note of the trial judge attached to the motion for a new trial there is no merit in special grounds 1 and 2 of the motion.

2. When all the facts of the case and the entire charge of the court are considered, the court did not err in failing to instruct the jury, in the absence of a timely and appropriate written request, that one brother has the right to defend another brother against a personal injury to

him. This ruling disposes of special grounds 3, 4, 5, 6, and 7 of the motion for a new trial.

3. There is no merit in special ground 8 of the motion.

4. The evidence supports the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 16, 1930. REHEARING DENIED MAY 13, 1930.